# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| TUAN ANH NGUYEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **JUDGMENT**<br>US DOJ, DEA, and FORFEITURE COUNSEL, ) **CASE NO. 5:12CV-551-D**<br>)<br>Defendant. ) | |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court DISMISSES Plaintiff's action without prejudice. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **APRIL 29, 2013** WITH A COPY TO:

Tuan Anh Nguyen, Pro se (via USPS to 5233 Holly Ridge Farm, Raleigh, NC 27616)


April 29, 2013                                                      JULIE A. RICHARDS, Clerk
Date                                                                     Eastern District of North Carolina

                                                                                /s/ Debby Sawyer
                                                                                (By) Deputy Clerk

Raleigh, North Carolina